# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2018

156137

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

TONY J. HENRY,
   Plaintiff-Appellant,

v

IONIA CORRECTIONAL FACILITY
WARDEN,
   Defendant-Appellee.

SC: 156137
COA: 338237

_____/

   On order of the Court, the application for leave to appeal the June 27, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2018

Clerk

t0905